**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christine L. Vock                                                          CHAPTER 13
          Michael J. Vock
                   Debtor(s)                                BKY. NO. 22-20589 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FAY SERVICING, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ **Brian C. Nicholas**
                                      Brian Nicholas
                                      30 May 2023, 07:13:00, EDT

                                      Brian C. Nicholas, Esq. (317240) ☑
                                      Denise Carlon, Esq. (317226) ☐
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      bkgroup@kmllawgroup.com