**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy 22-20589 |
| | ) | |
| **MICHAEL J. VOCK &** | ) | |
| **CHRISTINE L. VOCK,** | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| **MICHAEL J. VOCK &** | ) | |
| **CHRISTINE L. VOCK,** | ) | |
| | ) | |
| Movants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **HEARTLAND RESTAURANT** | ) | |
| **GROUP, PAYROLL** | | |
| **DEPARTMENT, DOROTHY** | | |
| **STEFIN,** | | |
| | | |
| Respondent. | | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor, Michael J. Vock, having filed a Chapter 13 Bankruptcy Petition and Debtor or Trustee having moved to attach wages to fund Chapter 13 plan.

**IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from which the Debtor, Michael J. Vock, receives income:

**HEARTLAND RESTAURANT GROUP, PAYROLL DEPARTMENT, DOROTHY STEFIN,**
**2071 ARDMORE BOULEVARD**
**PITTSBURGH, PA 15221**

shall deduct from that income the sum of **$2,156.04, bi-weekly**, beginning on the next pay day following the receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor, Michael J. Vock, receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, Michael J. Vock, and shall remit the deducted sums **ON A MONTHLY BASIS in the amount of $4,312.07** to:

**RONDA J. WINNECOUR**
**CHAPTER 13 TRUSTEE, W.D.PA.**
**P.O. Box 84051**
**CHICAGO, IL 60689**

**IT IS FURTHER ORDERED** that the above-named entity shall notify the Trustee if the Debtor's, Michael J. Vock, income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, Michael J. Vock, except amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Debtor, Michael J. Vock, in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR, MICHAEL J. VOCK, WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

**IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above-named entity in this case.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of the attachment order, except as may be allowed upon application to and order of this Court.

**DATED** this ___29th___ day of ___September___, 2023.

*Carlota M. Böhm*
dmk
United States Bankruptcy Judge

FILED
9/29/23 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20589-CMB |
| Michael J. Vock | Chapter 13 |
| Christine L. Vock | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael J. Vock, Christine L. Vock, 321 Olympic Road, Pittsburgh, PA 15236-2866 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Fay Servicing  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company  Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Baldwin-Whitehall School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Baldwin-Whitehall School District jhunt@grblaw.com |
| Jeffrey R. Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Joseph Peter Nigro

on behalf of Debtor Michael J. Vock nigroassociateslaw@gmail.com
chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Joseph Peter Nigro

on behalf of Joint Debtor Christine L. Vock nigroassociateslaw@gmail.com
chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Joshua I. Goldman

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust josh.goldman@padgettlawgroup.com,
angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Laurence A. Mester

on behalf of Creditor Bridgecrest Acceptance Corporation lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 13