**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/06/2025

IN RE:

MICHAEL J. VOCK
CHRISTINE L. VOCK
321 OLYMPIC ROAD
PITTSBURGH, PA 15236
XXX-XX-2595           Debtor(s)

XXX-XX-8414

Case No. 22-20589 CMB

Chapter 13

---

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/6/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BRIDGECREST/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PADGETT LAW GROUP**<br>6267 OLD WATER OAK RD STE 203<br><br>TALLAHASSEE, FL 32312 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIDGECREST ACCEPTANCE CORP**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4138<br>HOUSTON, TX 77210 | Trustee Claim Number: 5  INT %: 19.98%<br>Court Claim Number: 8<br>CLAIM: 19,506.37<br>COMMENT: $CL8GOV@19.98%/PL*PMT/CONF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9401 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 0.00<br>COMMENT: CL17GOV@LTCD W/NMPC*289.77/CL-PL@FAY SERVICING*PMT/DECLAR*DKT4PMT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0596 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Trustee Claim Number: 7  INT %: 18.00%<br>Court Claim Number: 3<br>CLAIM: 17,986.61<br>COMMENT: $CL3GOV@18%~PMT/CONF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6208 |
| **MCLP ASSET COMPANY INC**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: PMT/NTC*SHELLPOINT/PL*DKT4LMT*BGN 4/22 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7468 |
| **BALDWIN-WHITEHALL SD (BALDWIN BOROUGH**<br>C/O WEISS BURKARDT KRAMER LLC-DLNQ CLL(<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,322.61<br>COMMENT: 390-K-242*CL10GOV*32.26/MO@LTCD/PL*NON-INT*PRI/SCH*20-21/CL*W/18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K242 |
| **BALDWIN BOROUGH (RE)**<br>C/O LEGAL TAX SERVICE - DLNQ CLLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA 15122 | Trustee Claim Number: 10  INT %: 10.00%<br>Court Claim Number: 19-2<br>CLAIM: 551.22<br>COMMENT: 390K242*CL19GOV*103.95/M@LTD/P*WNTS 10%*CUR+DLQT YR CLCTR/PL*20-21*C | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K242 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Credit Description / Account |
|---|---|---|
| **TAX AUTH OR TYPE TAX UNKNOWN**<br>INSUFFICIENT INFO AVAILABLE<br>TO BE RESOLVED | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CMNBD@9,18*21~@CUR YR CLTR~VRFY TYPE~FOR BOTH SD AND BORO?/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7056 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 869.82<br>COMMENT: CL24GOV*215.67@0%/PL*19/SCH-PL*19-21/CL*GU BAR TIMELY*ESTIMATED*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2595 |
| **BALDWIN BOROUGH (EIT)****<br>C/O JORDAN TAX SVC-DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 342.10<br>COMMENT: $/CONF*$@0%/PL*13/SCH-PL*REMOVED/PAP=ERR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2595 |
| **BALDWIN-WHITEHALL SD (BALDWIN BORO) (EIT)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 358.06<br>COMMENT: $/CONF*$@0%/PL*16/SCH-PL*REMOVED/PAP=ERR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2595 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 15  INT %: 12.00%<br>Court Claim Number: 23-2<br>CLAIM: 0.00<br>COMMENT: 390K242*CL23GOV=$940.32*590.11@PRI/PL*STAT ISSUE*WNTS 12%*21/PL*21-22/C | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K242 |
| **BALDWIN BOROUGH (RE)**<br>C/O LEGAL TAX SERVICE - DLNQ CLLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA 15122 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CMND @ CID 10*20 AND 21/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: K242 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 194.53<br>COMMENT: $/CONF*$@0%/PL*18/SCH*REMOVED/PAP=ERR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2895 |
| **BALDWIN-WHITEHALL SD (BALDWIN BOROUGH)**<br>C/O WEISS BURKARDT KRAMER LLC-DLNQ CLL<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 18  INT %: 10.00%<br>Court Claim Number: 10<br>CLAIM: 4,914.13<br>COMMENT: 390-K-242*CL10GOV*32.26/MO@LTCD/PL*WNTS 10%*PRI/SCH*20-21/SCH-CL*W/9 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K242 |
| **ALDER HOLDINGS**<br>PO BOX 841602<br>DALLAS, TX 75284 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8883 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6883 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AMERICOLLECT**<br>POB 1566<br><br>MANITOWOC, WI 54221-1566 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~FNDTN RDLGY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4052 |
| **ASPIRE VISA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3749 |
| **BALDWIN EMERGENCY MEDICAL SERVICES**<br>PO BOX 18230<br><br>PITTSBURGH, PA 15236 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8072 |
| **CBCS**<br>PO BOX 2724<br><br>COLUMBUS, OH 43216-2724 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: JFFRSN RGNL MDCL CNTR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2986 |
| **CHOICE RECOVERY**<br>1105 SCHROCK RD<br><br>COLUMBUS, OH 43229 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PREFERRED PRMRY CARE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: A481 |
| **CLARKE AND CLARKE PATHOLOGY**<br>5700 SOUTHWYCK BLVD<br><br>TOLEDO, OH 43614 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3841 |
| **COLLECTION BUREAU OF HUDSON VA**<br>155 N PLANK RD POB 831<br><br>NEWBURGH, NY 12551 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~GINNY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9876 |
| **CMC**<br>POB 16346<br><br>PITTSBURGH, PA 15242-0346 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AHN JFFRSN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5675 |
| **CREDITECH**<br>POB 99*<br><br>BANGOR, PA 18013 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: S HILLS RDLGY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9893 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 1,106.08<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3263 |

| Creditor | Claim Info | Creditor Info |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:31  INT %: 0.00% Court Claim Number:14 CLAIM: 1,366.69 COMMENT: REF 3644616602*X6331/SCH*NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4066 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:32  INT %: 0.00% Court Claim Number:15 CLAIM: 288.80 COMMENT: REF 3644621344 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3903 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number:33  INT %: 0.00% Court Claim Number:16 CLAIM: 1,017.94 COMMENT: REF 3644621360 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2990 |
| **GENESIS FS CARD SERVICES** PO BOX 4480 BEAVERTON, OR 97076 | Trustee Claim Number:34  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~MILESTONE CC/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9649 |
| **GENESIS FS CARD SERVICES** PO BOX 4480 BEAVERTON, OR 97076 | Trustee Claim Number:35  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~INDIGO/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1493 |
| **GENESIS FS CARD SERVICES** PO BOX 4480 BEAVERTON, OR 97076 | Trustee Claim Number:36  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: CLM@CID 80 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6737 |
| **HIGHMARK BLUE SHIELD** 120 FIFTH AVE PITTSBURGH, PA 15222-3099 | Trustee Claim Number:37  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2311 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** PO BOX 4457 HOUSTON, TX 77210-4457 | Trustee Claim Number:38  INT %: 0.00% Court Claim Number:13 CLAIM: 399.57 COMMENT: X0192/SCH@IC SYSTEMS*CHRGD OFF 11/12/19*NO LAST PMT DATE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0001 |
| **IC SYSTEM INC++** 444 HIGHWAY 96 E POB 64378 ST PAUL, MN 55164 | Trustee Claim Number:39  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: WATERFRONT ANESTHESIA/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5331 |
| **KEYSTONE ANESTHESIA** BOX AK 155 WILSON AVE WASHINGTON, PA 15301 | Trustee Claim Number:40  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5911 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **KLARNA CREDIT**<br>PO BOX 206487<br><br>DALLAS, TX  75320-6487 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BALDWIN BOROUGH (SWG)**<br>C/O LEGAL TAX SERVICE - DLNQ CLLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA  15122 | Trustee Claim Number:42  INT %:  10.00%<br>Court Claim Number:20<br>CLAIM:  1,462.55<br>COMMENT:  5648; 9320*CL20GOV*9.20/PL@LTCD*UNS/SCH*WNTS 10%*SWG+STRMWATER/SC | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  5648 |
| **BALDWIN BOROUGH (SWG)**<br>C/O LEGAL TAX SERVICE - DLNQ CLLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA  15122 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  22~SWG AND STORMWATER/SCH*CLM ENTD@CID 42 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9320 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI  48090 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  678.96<br>COMMENT:  X0408/SCH*CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9238 |
| **MOHELA**<br>633 SPIRIT DR<br><br>CHESTERFIELD, MO  63005-1243 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4622 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  709.74<br>COMMENT:  SCHEDULED UTILITY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5219 |
| **PITTSBURGH PULMONARY AND CRITICAL CARE**<br>1200 BROOKS LANE<br>SUITE 180<br>JEFFERSON HILLS, PA  15025 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2932 |
| **PREFERRED PRIMARY CARE PHYSICIANS**<br>701 TECHNOLOGY DR STE 150<br><br>CANONSBURG, PA  15317-9531 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8317 |
| **PROFESSIONAL ACCOUNT MGMT**<br>POB 391<br><br>MILWAUKEE, WI  53201-0391 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  TURNPIKE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9306 |
| **REVCO++**<br>POB 11024<br><br>CINCINNATI, OH  45211 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~JFFRSN RGLN/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0683 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **REVCO++**<br>POB 11024<br>CINCINNATI, OH 45211 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8570 | CLAIM: 0.00<br>COMMENT: NT ADR~GINNY~SEVENTH AVE/SCH |
| **REVCO++**<br>POB 11024<br>CINCINNATI, OH 45211 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1070 | CLAIM: 0.00<br>COMMENT: NT ADR~STONEBERRY/SCH |
| **ROBERT BITTEL OD PC**<br>5301 GROVE RD STE 8530<br>PITTSBURGH, PA 15236-1692 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6550 | CLAIM: 0.00<br>COMMENT: |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7004 | CLAIM: 3,964.66<br>COMMENT: X1000/SCH*AUTO DEFICIENCY*REPO |
| **SOUTH HILLS RADIOLOGY ASSOC(\*)**<br>PO BOX 3425<br>PITTSBURGH, PA 15230 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6071 | CLAIM: 0.00<br>COMMENT: |
| **SPRING OAKS CAPITAL SPV LLC**<br>PO BOX 1216<br>CHESAPEAKE, VA 23327-1216 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0842 | CLAIM: 730.92<br>COMMENT: INDIG0*NO PAYMENT EVER*INCURRED 8/2021 PER SCH |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6332 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **ST CLAIR ANESTHESIOLOGY**<br>POB 16068<br>HIGH POINT, NC 27261-6068 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5912 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **SAINT CLAIR HEALTH**<br>PO BOX 1870<br>CARY, NC 27512 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6332 | CLAIM: 0.00<br>COMMENT: |
| **SAINT CLAIR HEALTH**<br>PO BOX 1870<br>CARY, NC 27512 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6332 | CLAIM: 0.00<br>COMMENT: |

| Creditor | Address | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|---|
| **SAINT CLAIR HEALTH** | PO BOX 1870<br>CARY, NC 27512 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6332 |
| **SAINT CLAIR HEALTH** | PO BOX 1870<br>CARY, NC 27512 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6332 |
| **SAINT CLAIR HEALTH** | PO BOX 1870<br>CARY, NC 27512 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MDCL SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6332 |
| **SAINT CLAIR HEALTH** | PO BOX 1870<br>CARY, NC 27512 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MDCL SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1295 |
| **SAINT CLAIR HEALTH** | PO BOX 1870<br>CARY, NC 27512 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MDCL SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4687 |
| **SAINT CLAIR HEALTH** | PO BOX 1870<br>CARY, NC 27512 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MDCL SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7305 |
| **TRANSWORLD SYSTEMS** | PO BOX 15618<br>WILMINGTON, DE 19850 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~TRUCK CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9639 |
| **UNITED COLLECTION BUREAU INC** | 5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 68  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~CLARKE AND CO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0373 |
| **UPMC** | 2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA 15203 | Trustee Claim Number: 69  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT DR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0942 |
| **USCB CORP** | 761 SCRANTON CARBONDALE HWY<br>EYNON, PA 18403-1021 | Trustee Claim Number: 70  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~BALDWIN EMS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0265 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **VENGROFF WILLIAMS & ASSOCIATES**<br>2211 FRUITVILLE RD<br>SARASOTA, FL 34237 | Trustee Claim Number: 71  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HIGHMARK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2595 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 72  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 570.97<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8730 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 73  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 674.86<br>COMMENT: NT/SCH*CREDIT 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3597 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 74  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: NT/SCH*SEARS*STALE CL $645.34 W/D*DOC 29 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6254 |
| **QUANTUM3 GROUP LLC - AGENT KATAPULT GR**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 75  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 802.65<br>COMMENT: CL9GOV*NT/SCH-PL*LEASE-TO-OWN*W/76*DK | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0466 |
| **QUANTUM3 GROUP LLC - AGENT KATAPULT GR**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 76  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 161.30<br>COMMENT: NT/SCH*LEASE-TO-OWN*W/75 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0466 |
| **MCLP ASSET COMPANY INC**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number: 77  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 5,469.76<br>COMMENT: CL22GOV*$/CL-PL@SHELLPOINT*THRU 3/22 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7468 |
| **MESTER & SCHWARTZ PC**<br>1917 BROWN ST<br>PHILADELPHIA, PA 19130 | Trustee Claim Number: 78  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: @OBJ/CONF | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 79  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 262.36<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5975 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 80  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,035.43<br>COMMENT: SCH@CID 36*TBOM | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2830 |

| Creditor | Claim Info | Description |
|---|---|---|
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX  75381-4609 | Trustee Claim Number:81  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  0.00<br>COMMENT:  LTCD TRTMT/CONF@CID 6 | CRED DESC:  Post Petition Escrow<br>ACCOUNT NO.:  0596 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:82 INT %:  0.00%<br>Court Claim Number:23-2<br>CLAIM:  0.00<br>COMMENT:  390K242*CL23GOV=$135.47*590.11@PRI/PL*STAT ISSUE*NON-INT*21/PL*21-22/CL*\ | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  K242 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:83  INT %:  0.00%<br>Court Claim Number:24<br>CLAIM:  32.38<br>COMMENT:  NO GEN UNS/SCH*GU BAR TIMELY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2595 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX  75381-4609 | Trustee Claim Number:84  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  20,871.35<br>COMMENT:  CL17GOV@LTCD*ARRS*FAY SERVICING/PL*W/6 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  0596 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:85  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PMT/DOE-PL-CONF*BGN 5/23 DISTRIB*DKT | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  0064 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:86  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  @OBJ/CONF~FAY SVCG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |