**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL J. VOCK<br>CHRISTINE L. VOCK | Case No. 22-20589CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>BALDWIN BOROUGH (EIT)** | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> NO CLAIM WAS FILED. CREDITOR WAS OMITTED FROM PLAN BUT CONFIRMATION ORDER BROUGHT THE DEBT INTO THE PLAN TO BE PAID. CREDITOR ASSERTS DEBT IS NOT OWED.

| | |
|---|---|
| BALDWIN BOROUGH (EIT)**<br>C/O JORDAN TAX SVC-DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# /Trustee CID# 13 |

The Movant further certifies that on 01/26/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MICHAEL J. VOCK, CHRISTINE L. VOCK,
321 OLYMPIC ROAD, PITTSBURGH, PA
15236

DEBTOR'S COUNSEL:
JOSEPH P NIGRO ESQ, NIGRO &
ASSOCIATES LLC, 1330 OLD FREEPORT
RD STE 3BF, PITTSBURGH, PA  15238

ORIGINAL CREDITOR:
BALDWIN BOROUGH (EIT)**, C/O
JORDAN TAX SVC-DLNQ YRS, 102
RAHWAY RD, MCMURRAY, PA  15317

NEW CREDITOR: