**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL J. VOCK<br>CHRISTINE L. VOCK<br><br>　　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　　　Movant<br>　　　vs.<br>BALDWIN-WHITEHALL SD (BALDWIN<br>BORO) (EIT)<br><br>　　　　　　　Respondents | Case No. 22-20589CMB<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> NO CLAIM WAS FILED. CREDITOR WAS OMITTED FROM PLAN BUT
> CONFIRMATION ORDER BROUGHT THE DEBT INTO THE PLAN TO BE PAID.
> CREDITOR ASSERTS DEBT IS NOT OWED

| | |
|---|---|
| BALDWIN-WHITEHALL SD (BALDWIN BORO)<br>(EIT)<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# /Trustee CID# 14 |

The Movant further certifies that on 01/26/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MICHAEL J. VOCK, CHRISTINE L. VOCK, 321 OLYMPIC ROAD, PITTSBURGH, PA 15236 | JOSEPH P NIGRO ESQ, NIGRO & ASSOCIATES LLC, 1330 OLD FREEPORT RD STE 3BF, PITTSBURGH, PA  15238 |

ORIGINAL CREDITOR:
BALDWIN-WHITEHALL SD (BALDWIN BORO) (EIT), C/O JORDAN TAX SVC - DLNQ YRS, 102 RAHWAY RD, MCMURRAY PA  15317

NEW CREDITOR: