## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL J. VOCK
CHRISTINE L. VOCK

Case No. 22-20589CMB

          Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

          Movant
      vs.

Document No __

SANTANDER CONSUMER USA

          Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

   THE CLAIM WAS NOT AMENDED OR WITHDRAWN. A
   SUBSTANIAL BALANCE REMAINS ON THE CLAIM.

   **Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS, TX 75356

Court claim# 2/Trustee CID# 54

The Movant further certifies that on 03/11/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MICHAEL J. VOCK, CHRISTINE L. VOCK, 321 OLYMPIC ROAD, PITTSBURGH, PA 15236

ORIGINAL CREDITOR:
SANTANDER CONSUMER USA, PO BOX 560284, DALLAS, TX  75356

NEW CREDITOR:

DEBTOR'S COUNSEL:
JOSEPH P NIGRO ESQ, NIGRO & ASSOCIATES LLC, 1330 OLD FREEPORT RD STE 3BF, PITTSBURGH, PA  15238

:
SANTANDER CONSUMER USA**, PO BOX 961245, FT WORTH, TX  76161-1245