**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**MICHAEL J. VOCK** **Case No. 22-20589**

**CHRISTINE L. VOCK**

**Chapter 13**

**Debtor(s).**

Related Document No. 129

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

- ☐ a motion to dismiss case or certificate of default requesting dismissal
- ■ a plan modification sought by:_DEBTOR________________________________
- ☐ a motion to lift stay as to creditor ________________________________
- ☐ Other: ________________________________

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☐ Chapter 13 Plan dated _________
■ Amended Chapter 13 Plan dated 06/21/2024

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

■ Debtor(s) Plan payments shall be changed from $ 4,430.72 to $ 4,466.08 per month, effective 09/01/2026; and/or the Plan term shall be changed from ___ months to ____ months.

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve ____________________________ on or before _________.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as ____________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ■ Other: _CLAIM 22 FOR MCLP GOVERNS with all payment changes to date AND CLAIM 17 FOR US BANK SHALL GOVERN with all payment changes to date_

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 23rd day of September, 2026

Dated: September 23, 2026

John C. Melaragno, Judge dak
United States Bankruptcy Court

SIGNED
9/23/26 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

_/s/JOSEPH P. NIGRO, ESQ
Counsel to Debtor

Stipulated by:

/s/ Dennis Sloan,
ESQ Counsel to Chapter 13
Trustee

Stipulated by:

______________________________
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-20589-JCM
Michael J. Vock | Chapter 13
Christine L. Vock
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 5
Date Rcvd: Sep 23, 2026 | Form ID: pdf900 | Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Vock, Christine L. Vock, 321 Olympic Road, Pittsburgh, PA 15236-2866 |
| 15468054 | + | Alder Holdings, LLC, PO Box 841602, Dallas, TX 75284-1602 |
| 15487770 | + | Baldwin Borough, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15468058 | | Baldwin Emergency Medical Services, PO Box 78230, Pittsburgh, PA 15236 |
| 15480830 | + | Baldwin-Whitehall School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15468061 | + | Choice Recovery, 1550 Old Henderson Road, Suite S100, Columbus, OH 43220-3626 |
| 15468062 | | Clarke and Company Pathology, 2700 Southwuck Boulevard, Toledo, OH 43614 |
| 15468064 | + | Credit Management Company, PO Box 16345, Pittsburgh, PA 15242-0345 |
| 15468065 | + | Creditech Collection Solutions, PO Box 99, Bangor, PA 18013-0099 |
| 15468066 | + | Duquesne Light, PO Box 67, Pittsburgh, PA 15122 |
| 15487659 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15468070 | + | Gail Dobson Mikush, Tax Collector, 3344 Churchview Avenue, Pittsburgh, PA 15227-4306 |
| 15468071 | + | Gail Dobson, Tax Collector, 3344 Churchview Avenue, Pittsburgh, PA 15227-4306 |
| 15468074 | + | IC Systems, PO Box 15124, Albany, NY 12212-5124 |
| 15468079 | + | Jordan Tax Service, Inc.,, PO Box 200, Bethel Park, PA 15102-0200 |
| 15468080 | | Keystone Anesthesia Consultants, 1699 Wash4/2021ington Road, Suite 307, Pittsburgh, PA 15228 |
| 15468081 | + | Legal Tax Service, Inc.,, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 16625121 | + | MORGAN STANLEY MORTGAGE, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15468084 | + | PA Department of Revenue, Bureau of Collections & Taxpayer, PO Box 281210, Harrisburg, PA 17128-1210 |
| 15468086 | + | Piitsburgh Pumonary & Critical Care, 1200 Brooks Lane, Suite 180, Clairton, PA 15025-3769 |
| 15468087 | + | Preferred Primary Care Physicians, PO Box 1870, Cary, NC 27512-1870 |
| 15468088 | + | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15468091 | + | Robert Bittel, Jr. OD PC, 5301 Grove Roa, Suite B530, Pittsburgh, PA 15236-1692 |
| 15468093 | + | Shellpoint Mortgage, PO Box 7050, Troy, MI 48007-7050 |
| 15468094 | + | South Hills Radiology Associates, Attention 5189, PO Box 3484, Toledo, OH 43607-0484 |
| 15468096 | + | St Clair Hospital, PO Box 1870, Cary, NC 27512-1870 |
| 15468097 | + | St. Clair Anesthesiology Associates CRNA, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 15468098 | + | St. Clair Health, PO Box 1870, Cary, NC 27512-1870 |
| 15468100 | + | St. Clair Medical Services, PO Box 1870, Cary, NC 27512-1870 |
| 15468106 | #+ | Weiss Burkardt Kramer, LLC, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2026 02:42:17 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2026 02:42:09 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | County of Allegheny, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 24 2026 02:33:00 | MCLP Asset Company, Inc., 10700 Abbotts Bridge Road, Suite 170, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 24 2026 02:33:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2026 02:42:04 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15468055 | ^ | MEBN | Sep 24 2026 02:30:08 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15468056 | + | Email/Text: ebn@americollect.com | Sep 24 2026 02:33:00 | Americollect, PO Box 1505, Manitowoc, WI 54221-1505 |
| 15468057 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 24 2026 02:33:00 | Aspire, PO Box 105341, Atlanta, GA 30348-5341 |
| 15468059 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 24 2026 02:34:00 | Bridgecrest, PO Box 842695, Los Angeles, CA 90084-2695 |
| 15477635 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2026 02:42:09 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 15468060 | ^ | MEBN | Sep 24 2026 02:31:36 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15482142 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 02:42:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15468063 | + | Email/Text: esther@cbhv.com | Sep 24 2026 02:33:00 | Collection Bureau of the Hudson Valley, PO Box 831, Newburgh, NY 12551-0831 |
| 15491000 | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15719947 | + | Email/Text: ebnjts@grblaw.com | Sep 24 2026 02:33:00 | County of Allegheny, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place Suite 3110, Pittsburgh, PA 15219-1753 |
| 15468067 | + | Email/Text: ECF@fayservicing.com | Sep 24 2026 02:33:00 | Fay Sevicing, PO Box 111209, Nashville, TN 37222-1209 |
| 15468068 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 24 2026 02:42:10 | First Premier Bank, PoOBox 5519, Sioux Falls, SD 57117-5519 |
| 15468069 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 24 2026 02:42:10 | First Premier Bank Card, Po Box 5529, Sioux Falls, SD 57117-5529 |
| 15468072 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 24 2026 02:34:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15468073 | | Email/Text: bankruptcy.notices@highmark.com | Sep 24 2026 02:33:00 | HIghmark, PO Box 890150, Camp Hill, PA 17011 |
| 15468075 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 24 2026 02:33:00 | IC Sytems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 15468076 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2026 02:33:00 | Internal Revenue Service, Deartment of the Treasury, 310 Lowell Street, Stop 360, Andover, MA 01810 |
| 15468077 | ^ | MEBN | Sep 24 2026 02:29:56 | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15470137 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 15488455 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 24 2026 02:33:00 | MCLP Asset Company, Inc, PO Box 10826, Greenville, SC 29603-0826 |
| 15468083 | | Email/Text: EBN@Mohela.com | Sep 24 2026 02:33:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15468082 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2026 02:33:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15472458 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2026 02:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15472237 | | Email/Text: csc.bankruptcy@amwater.com | Sep 24 2026 02:34:00 | PENNSYLVANIA AMERICAN WATER, PO BOX 371412, PITTSBURGH, PA 15250-7412 |
| 15468085 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 24 2026 02:34:00 | Pennsylvania American Water, PO Box 91623, Rantoul, IL 61866-8623 |
| 15472344 | + | Email/Text: ebnpeoples@grblaw.com | Sep 24 2026 02:33:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15486661 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2026 02:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15477925 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2026 02:33:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15483687 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2026 02:33:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15468089 | ^ | MEBN | Sep 24 2026 02:31:23 | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 15468090 | ^ | MEBN | Sep 24 2026 02:30:43 | Revco Solutions, Inc., PO Box 2589, Columbus, OH 43216-2589 |
| 15470676 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2026 02:33:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15468095 | | Email/Text: bankruptcy@springoakscapital.com | Sep 24 2026 02:33:00 | Spring Oaks Capital, 1400 Crossways Boulevard, Suite 100B, Chesapeake, VA 23320 |
| 15488370 | | Email/Text: bankruptcy@springoakscapital.com | Sep 24 2026 02:33:00 | Spring Oaks Capital SPV LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 15468092 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2026 02:33:00 | Santander, PO Box 660633, Dallas, TX 75266-0633 |
| 15468101 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 24 2026 02:34:00 | Transworld System, Inc.,, 500 Virginbia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15487211 | ^ | MEBN | Sep 24 2026 02:30:40 | U.S. Bank Trust National Association, P.O. Box 814609, Dallas, TX 75381-4609 |
| 15468103 | ^ | MEBN | Sep 24 2026 02:30:49 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15468104 | | Email/Text: bankruptcy@uscbcorporation.com | Sep 24 2026 02:33:00 | USCB Corporation, PO Box 75, Archbald, PA 18403 |
| 15468102 | + | Email/Text: BAN-U140190@ucbinc.com | Sep 24 2026 02:33:00 | United Collection Bureau, Inc.,, PO Box 140190, Toledo, OH 43614-0190 |
| 15468105 | ^ | MEBN | Sep 24 2026 02:29:53 | Vengroff Williams, Inc.,, PO Box 4155, Sarasota, FL 34230-4155 |
| 15484860 | | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2026 02:42:10 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bridgecrest Acceptance Corporation |
| cr | | Fay Servicing, LLC |
| cr | | Morgan Stanley Mortgage Capital Holdings LLC |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Baldwin-Whitehall School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15491001 | *+ | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15468078 | *+ | Jordan Tax Service, Inc, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15468099 | *+ | St. Clair Hospital, PO Box 1870, Cary, NC 27512-1870 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust alyk.oflazian@padgettlawgroup.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey Hunt | on behalf of Creditor Baldwin-Whitehall School District jhunt@grblaw.com skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Baldwin-Whitehall School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jordan Matthew Katz | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC jkatz@raslg.com |
| Joseph Peter Nigro | on behalf of Debtor Michael J. Vock nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |

Joseph Peter Nigro
on behalf of Joint Debtor Christine L. Vock nigroassociateslaw@gmail.com
chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Laurence A. Mester
on behalf of Creditor Bridgecrest Acceptance Corporation lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Matthew Fissel
on behalf of Creditor Fay Servicing LLC bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 14