FILED
10/15/26 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WITHDRAWAL OF APPEARANCES BY ALYK L. OFLAZIAN, ESQUIRE IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF JOSHUA I. GOLDMAN, ESQUIRE, IN VARIOUS OPEN CASES | MISCELLANEOUS # 26-00215-GLT<br><br>Related dkt. no. 2 |

**ORDER OF THE COURT**

AND NOW, this 15th day of October, 2026, upon the consideration of the Omnibus Joint Motion to Withdraw the Appearance of Alyk L. Oflazian, Esquire, and Enter the Appearance of Joshua I. Goldman, Esquire, it is hereby

ORDERED that the Motion is granted, and the appearance of Alyk L. Oflazian, Esquire, as counsel of record in the list of cases attached to the Motion as Exhibit “A”, is withdrawn; and it is further

ORDERED that the appearance of Joshua I. Goldman, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Oflazian in the list of cases attached to the Motion as Exhibit “A”.

The moving party shall promptly serve a copy of this Order upon all parties entitled to notice in accordance with applicable law and the Court's Standing Order Regarding Bankruptcy Noticing Center Service Interruption (Misc. Proc. No. 26-217), and shall promptly file a certificate of service identifying the persons served and the date and manner of service

Dated: 10/15/26

GREGORY L. TADDONIO hct
CHIEF UNITED STATES BANKRUPTCY JUDGE

# Select a Case

**There was 1 matching person.**

**There were 114 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Goldman, Joshua I. (aty) (114 cases) | 21-10298-JCM | Gregory Morris Irby and Karen M. Irby | 13 | 05/24/21 | N / A | N / A |
| | 21-10615-JCM | Teri A. Koval | 13 | 11/04/21 | N / A | N / A |
| | 21-20216-GLT | David A. Thompson | 13 | 02/02/21 | N / A | N / A |
| | 21-21586-GLT | Bernadine M. Perdue | 13 | 07/12/21 | N / A | N / A |
| | 22-10013-JCM | Kevin E. Vandyke and Samantha Ruth VanDyke | 13 | 01/10/22 | N / A | N / A |
| | 22-20098-JCM | James L. Sabin, Jr. and Pamela A. Sabin | 13 | 01/18/22 | N / A | N / A |
| | 22-20218-GLT | Kenneth R. Leaf, Jr. | 13 | 02/05/22 | N / A | N / A |
| | 22-20359-GLT | Kirk Alan Waugaman | 13 | 03/01/22 | N / A | N / A |
| | 22-20361-JCM | Ruthann F. Marasia | 13 | 03/02/22 | N / A | N / A |
| | 22-20495-CMB | Albert J. Cellurale | 13 | 03/17/22 | N / A | N / A |
| | 22-20549-JAD | Alan W. Richter and Elizabeth A. Richter | 13 | 03/24/22 | N / A | N / A |
| | 22-20589-CMB | Michael J. Vock and Christine L. Vock | 13 | 03/29/22 | N / A | N / A |
| | 22-20883-GLT | Michael R. Pope and Michelle L. Pope | 13 | 05/05/22 | N / A | N / A |
| | 22-20915-JCM | Christopher J. Del Bene and Brenda A. Del Bene | 13 | 05/10/22 | N / A | N / A |
| | 22-21505-JCM | Gary W. DePaoli | 13 | 08/02/22 | N / A | N / A |
| | 22-21588-GLT | Angela M. Yorio | 13 | 08/15/22 | N / A | N / A |
| | 22-21737-JAD | Mehrdad Emamzadeh | 13 | 09/02/22 | N / A | N / A |
| | 22-21764-CMB | Patricia G Waits | 13 | 09/08/22 | N / A | N / A |
| | 22-22184-JAD | Kellie L. Whisner | 13 | 11/04/22 | N / A | N / A |
| | 22-22382-CMB | Anthony David Lewis | 13 | 12/01/22 | N / A | N / A |
| | 22-22497-GLT | Terese L. Green | 13 | 12/20/22 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 22-70127-JAD | Tammy C Kulka | 13 | 04/18/22 | N / A | N / A |
| 23-10392-JCM | Judy Thomas Blevins | 13 | 07/31/23 | N / A | N / A |
| 23-10451-JCM | Steven A. Matha | 13 | 09/06/23 | N / A | N / A |
| 23-20101-JAD | Eric C. Hanchey and Christine L. Hanchey | 13 | 01/18/23 | N / A | N / A |
| 23-20390-CMB | Theodore T. Gonder | 13 | 02/23/23 | N / A | N / A |
| 23-20681-GLT | George A. Rattay | 13 | 03/30/23 | N / A | N / A |
| 23-21159-JAD | Thomas R. Ozga | 13 | 05/30/23 | N / A | N / A |
| 23-21499-GLT | Kelli Nadine Kuzma | 13 | 07/11/23 | N / A | N / A |
| 23-22062-JCM | Scott P. Witkowski and Shelly A. Witkowski | 13 | 09/28/23 | N / A | N / A |
| 23-22419-GLT | Russell Thomas Greer, III | 13 | 11/09/23 | N / A | N / A |
| 23-22522-CMB | John C. Porter, Sr. | 13 | 11/21/23 | N / A | N / A |
| 23-70036-JAD | Beverly L. McCuch | 13 | 01/31/23 | N / A | N / A |
| 23-70382-JAD | Jonathan Stumpf | 13 | 11/09/23 | N / A | N / A |
| 23-70449-JAD | Andrew P. Hipwell and Cherie M. Hipwell | 13 | 12/30/23 | N / A | N / A |
| 24-10318-JCM | Tammy Ames and Matthew Chase | 13 | 06/06/24 | N / A | N / A |
| 24-10373-JCM | Ramiro Rodrigo Rodriguez | 13 | 07/09/24 | N / A | N / A |
| 24-10381-JCM | Larry D. Campbell and Darlene Kay Pieper | 13 | 07/11/24 | N / A | N / A |
| 24-10388-JCM | Frank E. Burgess and Tina S. Burgess | 13 | 07/12/24 | N / A | N / A |
| 24-10395-JCM | Pertrina D. Marrero | 13 | 07/17/24 | N / A | N / A |
| 24-10593-JCM | Karen Lynn Hannold | 13 | 10/09/24 | N / A | N / A |
| 24-10663-JCM | Devin J. Rostron | 13 | 11/18/24 | N / A | N / A |
| 24-10691-JCM | Jessica S. Manzo | 13 | 12/04/24 | N / A | N / A |
| 24-20193-GLT | Randy L. Bowser, Jr. | 13 | 01/26/24 | N / A | N / A |
| 24-20263-JCM | Matthew Fulmer | 13 | 02/02/24 | N / A | N / A |
| 24-20636-JAD | Nicole M. Gillman | 13 | 03/15/24 | N / A | N / A |
| 24-20785-JAD | Carl P. Bauer | 13 | 04/03/24 | N / A | N / A |
| 24-21036-GLT | Samantha J. Markwood | 13 | 04/30/24 | N / A | N / A |
| 24-21043-JCM | Nicole K. Long | 13 | 04/30/24 | N / A | N / A |
| 24-21115-GLT | Charles W. Miller | 13 | 05/07/24 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-21336-JCM | Sandra Lee Aulbach | 13 | 05/30/24 | N / A | N / A |
| 24-22144-GLT | Danya M. Matthews | 13 | 08/29/24 | N / A | N / A |
| 24-22350-GLT | Kathleen A. Piersol | 13 | 09/23/24 | N / A | N / A |
| 24-22716-GLT | Kathleen E Scattaregia | 13 | 11/04/24 | N / A | N / A |
| 24-22767-JCM | Rosemary Huddleston | 13 | 11/11/24 | N / A | N / A |
| 24-22809-JCM | Shawn J. Anselm and Emily I. Anselm | 13 | 11/15/24 | N / A | N / A |
| 24-22823-JAD | Anthony G. Cutrara | 13 | 11/17/24 | N / A | N / A |
| 24-22827-GLT | Brian Watson | 13 | 11/18/24 | N / A | N / A |
| 24-22844-JCM | Robert K. Marbella | 13 | 11/19/24 | N / A | N / A |
| 24-23076-GLT | Lamont R. Bell | 13 | 12/19/24 | N / A | N / A |
| 24-70358-JAD | Carl F Lick and Maria M Lick | 13 | 08/30/24 | N / A | N / A |
| 24-70466-JAD | Kenneth Lee Mains, III and Samantha Jo Mains | 13 | 11/13/24 | N / A | N / A |
| 25-10281-JCM | Kenneth L. Bodien and Candice A. Bodien | 13 | 05/20/25 | N / A | N / A |
| 25-10352-JCM | Barbara A. Burns | 13 | 06/24/25 | N / A | N / A |
| 25-10568-JAD | Andrew Worline and Maggie Worline | 13 | 10/05/25 | N / A | N / A |
| 25-10658-JAD | Anthony J. Hnath and Tara A. Hnath | 13 | 11/24/25 | N / A | N / A |
| 25-20019-JAD | Eugene L. Shaffer | 13 | 01/03/25 | N / A | N / A |
| 25-20110-JAD | Brad T. LaBarbera and Colleen A. LaBarbera | 13 | 01/16/25 | N / A | N / A |
| 25-20253-GLT | Lisa Ann Olson | 13 | 01/31/25 | N / A | N / A |
| 25-20277-JCM | John P Fisher | 13 | 02/04/25 | N / A | N / A |
| 25-20297-GLT | Jeremiah D. Yates | 13 | 02/06/25 | N / A | N / A |
| 25-20304-JAD | Tiffani L. Hunt | 13 | 02/07/25 | N / A | N / A |
| 25-20421-JCM | James Ross and Constance M. Ross | 13 | 02/21/25 | N / A | N / A |
| 25-20687-GLT | Peter Martini and Megan Martini | 13 | 03/19/25 | N / A | N / A |
| 25-20871-JAD | Charles A. Kaylor and Lori D. Kaylor | 13 | 04/07/25 | N / A | N / A |
| 25-20892-JAD | Michael L. Edwards | 13 | 04/09/25 | N / A | N / A |
| 25-20905-JAD | Danielle Louise Oswald | 13 | 04/10/25 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 25-20929-GLT | Cecilia L. Lindsay | 13 | 04/11/25 | N / A | N / A |
| 25-21033-JAD | Adam R. Fullum | 13 | 04/22/25 | N / A | N / A |
| 25-21161-GLT | Pauline R Skeriotis | 13 | 05/04/25 | N / A | N / A |
| 25-22024-JAD | John W. Rady | 13 | 08/01/25 | N / A | N / A |
| 25-22305-GLT | Sharon M. Stutz | 13 | 08/29/25 | N / A | N / A |
| 25-22306-GLT | Dennis J. Acquaviva and Roberta A. Acquaviva | 13 | 08/29/25 | N / A | N / A |
| 25-22483-GLT | Cynthia A. Wilson | 13 | 09/16/25 | N / A | N / A |
| 25-22545-GLT | William Keith Scannell | 13 | 09/23/25 | N / A | N / A |
| 25-22613-JAD | Martin J. Sova and Theresa L. Sova | 13 | 09/30/25 | N / A | N / A |
| 25-22791-JCM | Stewart A. Pfeil | 13 | 10/17/25 | N / A | N / A |
| 25-22886-GLT | David M. Crane | 13 | 10/27/25 | N / A | N / A |
| 25-22983-GLT | Paul L. Patten | 13 | 11/03/25 | N / A | N / A |
| 25-23041-JAD | Elmer D. Crouch, Jr. and Kathleen Crouch | 13 | 11/07/25 | N / A | N / A |
| 25-23150-JAD | Lindsi A. Deibler | 13 | 11/20/25 | N / A | N / A |
| 25-23238-GLT | Earl M. Stidard, III | 13 | 11/28/25 | N / A | N / A |
| 25-23243-JAD | Charles T. Cox | 13 | 11/30/25 | N / A | N / A |
| 25-23425-GLT | Mark G. McLane | 13 | 12/22/25 | N / A | N / A |
| 25-70042-JAD | Cindy L. Ogden | 13 | 02/05/25 | N / A | N / A |
| 25-70177-JAD | Jason C. Hullihen | 13 | 05/09/25 | N / A | N / A |
| 25-70306-JAD | Rex A. Pears and Kristine N. Pears | 13 | 07/31/25 | N / A | N / A |
| 26-10029-GLT | Robert L. Marsh, Jr. | 13 | 01/21/26 | N / A | N / A |
| 26-20005-JCM | Karen M. Kostyak | 13 | 01/02/26 | N / A | N / A |
| 26-20196-JCM | Ronald A. Henry | 13 | 01/22/26 | N / A | N / A |
| 26-20543-GLT | Christopher Gerald Bowser and Jessica Mae Bowser | 13 | 02/27/26 | N / A | N / A |
| 26-20788-GLT | Jeffrey J. Dutton, II | 13 | 03/20/26 | N / A | N / A |
| 26-21299-JAD | Darin K. Hepler and Nicole M. Hepler | 13 | 05/07/26 | N / A | N / A |
| 26-21313-GLT | Donald H. Robosky, III | 13 | 05/08/26 | N / A | N / A |
| 26-21327-GLT | Emily R. Deane | 13 | 05/11/26 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 26-21459-JCM | Kelly E. Hughes | 13 | 05/25/26 | N / A | N / A |
| 26-21527-JCM | James L. Hartlep | 7 | 05/29/26 | N / A | N / A |
| 26-21688-CMB | John A. Griffith and Randi L. Griffith | 7 | 06/17/26 | N / A | N / A |
| 26-21700-GLT | Andre Murchison | 13 | 06/19/26 | N / A | N / A |
| 26-21818-GLT | Anthony D. Cervone | 13 | 06/30/26 | N / A | N / A |
| 26-70027-JAD | Richard Lee Testut and Annette Jean Testut | 13 | 01/29/26 | N / A | N / A |
| 26-70084-JAD | Curtis D. Whitfield and Tina M. Whitfield | 13 | 03/10/26 | N / A | N / A |
| 26-70085-JAD | Jamie A. Shank | 13 | 03/10/26 | N / A | N / A |
| 26-70258-JAD | Lori A. Fetters | 13 | 06/15/26 | N / A | N / A |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/01/2026 12:16:48 | | | |
| **PACER Login:** | jgoldman21 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Goldman FName: Josh Type: aty Open Cases: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# Select a Case

**There was 1 matching person.**

**There were 3 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Oflazian, Alyk L (aty) (3 cases) | [redacted] | | | | | |
| | 26-22469-GLT | Francis C. Kestner, Jr. | 13 | 09/03/26 | N / A | N / A |
| | 26-22503-GLT | Edward Fleming Lea, Jr. | 13 | 09/06/26 | N / A | N / A |
| | 26-10380-JCM | Lawrence Patrick Newberry | 13 | 9/11/26 | N/A | N/A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/02/2026 11:58:48 | | | |
| **PACER Login:** | jgoldman21 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: Oflazian FName: Alyk Type: aty Filed From: 9/2/2026 Filed To: 10/2/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |